IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUSAN LYNNE BLACK, *et al.*,          :

    Plaintiffs,          :          Case No. 3:11cv0065

vs.          :          District Judge Walter Herbert Rice
                                                 Magistrate Judge Sharon L. Ovington

DONALD BEWS, *et al.*,          :

    Defendants.          :          **DECISION AND ENTRY**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 5, 2011 (Doc. #14) is ADOPTED in full;

2. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #11) is GRANTED; and

3. The case is terminated on the docket of this Court.

                                                                        /s/ Walter Herbert Rice
                                                                        Walter Herbert Rice
                                                                        United States District Judge